# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS

## UNITED STATES

### v.

### Sterling D. DUCKER
### Avionics Electrical Technician Third Class (E-4), U.S. Coast Guard

### 25-005(66)
### Docket No. 1508

### 22 July 2025

General court-martial sentence adjudged on 19 November 2024.

| | |
|---|---|
| Military Judge: | CDR Timothy N. Cronin, USCG |
| Appellate Defense Counsel: | CDR Jason W. Roberts, USCG |

**BEFORE**
**McCLELLAND, BRUBAKER & PARKER**
Appellate Military Judges

Per curiam:

A military judge sitting as a general court-martial convicted Appellant, consistent with his pleas entered in accordance with a plea agreement, of one specification of domestic violence, one specification of child endangerment, and one specification of knowingly and wrongfully possessing a firearm in and affecting commerce, in violation of Articles 128b, 119b, and 134, Uniform Code of Military Justice (UCMJ). Appellant was sentenced to confinement for 180 days, reduction to E-1, and a bad-conduct discharge. Judgment was entered accordingly.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

**United States v. Sterling D. DUCKER, No. 1508 (C.G. Ct. Crim. App. 2025)**

**Decision**

We determine that the findings and sentence are correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,


Rebecca P. Pskowski
Acting Clerk of the Court